**In the Matter of 208 SOUTH LA SALLE STREET BUILDING CORPORATION, Debtor.**

**Harry A. ASH et al. v. 208 SOUTH LA SALLE STREET BUILDING CORPORATION et al.**

**No. 5410.**

Circuit Court of Appeals, Seventh Circuit.

Dec. 31, 1934.

Morris Schaeffer and Thomas V. Sullivan, both of Chicago, Ill., for appellants Harry A. and Edna M. Ash and Fred Valbracht, intervening creditors.

Hal G. Gallimore and Daniel S. Wentworth, both of Chicago, Ill., for appellee Chicago Title & Trust Co., intervener.

Alfred M. Cordell, of Chicago, Ill., for appellee Ellen E. W. Davidson, intervener.

Francis E. Matthews and William J. Froelich, both of Chicago, Ill., for appellee 208 South La Salle Street Bldg. Corporation, debtor corporation.

Hamer & Campbell, James C. Spence, and Bussian & De Bolt, all of Chicago, Ill., for appellees Elwood W. Ankrum, Minna M. Morehouse, Robert P. Gordon, William T. Church, trustee, and Edward F. and Clara Campbell, petitioning creditors.

Before SPARKS, Circuit Judge.

SPARKS, Circuit Judge.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to-wit:

"It is hereby stipulated and agreed by and between the parties to the above entitled cause, by their respective attorneys, that the appeal in the above entitled cause, No. 5410, in the United States Circuit Court of Appeals for the Seventh Circuit, heretofore allowed on the 19th day of December, A. D. 1934, by said court, before the Honorable Evan A. Evans, Judge of said court, be dismissed without costs to any party."

On consideration whereof, it is now here ordered, adjudged and decreed by this court that this appeal be, and the same is hereby, dismissed pursuant to the foregoing stipulation.

---

**SREDIES, Inc., v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 5437.**

Circuit Court of Appeals, Seventh Circuit.

Jan. 23, 1935.

Ward Loveless, of Washington, D. C., for petitioner.

Robert H. Jackson, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on September 14, 1933, be, and the same is hereby, dismissed.